157 A.3d 883

David E. COOKE, Appellant

v.

Evelyn A. COOKE, Thomas D. Cooke, Jr.,
and Ducky's Boats, Inc., Appellees

No. 54 MAP 2016

Supreme Court of Pennsylvania.

August 26, 2016

## ORDER

PER CURIAM

AND NOW, this 26th day of August, the Notice of Appeal is QUASHED.

157 A.3d 883

David E. COOKE, Appellant

v.

Evelyn A. COOKE, Thomas D. Cooke, Jr.,
and Ducky's Boats, Inc., Appellees

No. 51 MAP 2016

Supreme Court of Pennsylvania.

August 26, 2016

## ORDER

PER CURIAM

AND NOW, this 26th day of August, the Notice of Appeal is QUASHED.